```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/13/2023_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE APPLICATION OF MAMMOET SALVAGE,
B.V. FOR AN ORDER TO TAKE DISCOVERY FOR
USE IN FOREIGN PROCEEDINGS PURSUANT TO 28
U.S.C. § 1782

23 Misc. 73 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the letter filed by Intervenor, Basra Oil Company, dated April 5, 2023, ECF No. 11. Accordingly, by **May 11, 2023**, Basra Oil shall file its motion to intervene and corresponding opposition papers. By **May 25, 2023**, Applicant, Mammoet Salvage B.V., shall respond to Basra Oil's motion and opposition.

    SO ORDERED.

Dated: April 13, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge