USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE APPLICATION OF MAMMOET
SALVAGE, B.V. FOR AN ORDER TO
TAKE DISCOVERY FOR USE IN
FOREIGN PROCEEDINGS PURSUANT
TO 28 U.S.C. § 1782

23 Misc. 73 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Petitioner's, Mammoet Salvage B.V., letter dated October 22, 2024, and Intervenor's, Basra Oil Company, letter dated October 25, 2024. ECF Nos. 58, 59. Accordingly, Petitioner's request that the Court expedite its resolution of Petitioner's pending application is DENIED. ECF No. 58. The Court shall issue its decision on Petitioner's application in due course.

    SO ORDERED.

Dated: November 13, 2024
      New York, New York

ANALISA TORRES
United States District Judge