UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
: 
In re: APPLICATION OF MAMMOET SALVAGE, B.V. :
FOR AN ORDER TO TAKE DISCOVERY FOR USE IN :
FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. :
§ 1782.                                   :      23-mc-00073 (LJL)
                                          :
                                          :      ORDER
                                          :
-------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/25/2025
```

LEWIS J. LIMAN, United States District Judge:

This case has been re-assigned to the undersigned. By no later than March 3, 2025, movant and Basra Oil Company shall submit a joint letter addressed to the following questions:

1. What motions are still outstanding for the Court's decision, with the docket numbers for the motions and memoranda supporting and opposing the requested relief?

2. Is there any objection to the motion to intervene by Basra Oil Company at Dkt. No. 28, or may that motion be granted on consent?

3. What is the status of the proceeding before the Amsterdam Court of Appeal?

4. What other matters should the Court be aware of as it addresses the pending motion for relief under 28 U.S.C. § 1782?

SO ORDERED.

Dated: February 25, 2025
       New York, New York                        _____
                                                 LEWIS J. LIMAN
                                                 United States District Judge