```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
IN RE APPLICATION OF MAMMOET SALVAGE,                               :
B.V. FOR AN ORDER TO TAKE DISCOVERY FOR                             :
USE IN FOREIGN PROCEEDINGS PURSUANT TO 28                           :
U.S.C. § 1782                                                       :        23-mc-00073 (LJL)
                                                                    :
------------------------------------------------------------------- X        ORDER
```

LEWIS J. LIMAN, United States District Judge:

      Petitioner Mammoet Salvage, B.V. ("Petitioner" or "Mammoet") filed an application to take discovery for use in a foreign proceeding under 28 U.S.C. § 1782 on March 21, 2023. Dkt. No. 1. Petitioner's application sought documents from seven banks, each of which Petitioner alleges possesses documents containing important information concerning assets and transactions relating to Basra Oil Company ("Respondent" or "BOC"). Dkt. No. 2 at 5–6. Respondents filed a motion to intervene, Dkt. No. 11, which was unopposed, Dkt. No. 49. In February 2025, the case was reassigned to this Court, Dkt. No. 61, and the Court granted Respondent's motion to intervene, Dkt. No. 63.

      Given the time elapsed since Petitioner filed its Section 1782 application and potentially significant changes in the status of the parties' foreign proceedings, the Court sets Petitioner's application for oral argument on July 22, 2025 at 2 p.m. in Courtroom 15C, 500 Pearl Street, New York, NY 10007. The parties should be prepared to advise the Court on the status of the foreign proceedings commenced or contemplated and whether proceedings postdating the filing of the current Section 1782 application are relevant and cognizable with respect to that application.

      SO ORDERED.

Dated: July 15, 2025  
       New York, New York

                                                  LEWIS J. LIMAN  
                                                  United States District Judge