```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
IN RE APPLICATION OF MAMMOET SALVAGE,                          :
B.V. FOR AN ORDER TO TAKE DISCOVERY FOR                        :
USE IN FOREIGN PROCEEDINGS PURSUANT TO 28                      :
U.S.C. § 1782                                                  :         23-mc-73 (LJL)
                                                               :
---------------------------------------------------------------X         ORDER
```

LEWIS J. LIMAN, United States District Judge:

The parties appeared at oral argument on July 22, 2025 and a transcript of that oral argument was prepared. Dkt. No. 74. On page 29, lines 21 to 24, the transcript reflects that Ms. Antonelli stated:

> "So we would not dispute that BOC has an account with TBI and does some transactions with TBI. I cannot say that to the extent BOC is involved in international transactions, TBI would also be involved."

Dkt. No. 74 at 29:21-24.

It is the Court's recollection that Ms. Antonelli stated "I can say" and not "I cannot say." The parties are ordered to show cause by Friday, October 24, 2025 why the Court should not issue an errata order to correct the transcript to say "can" instead of "cannot" at page 29, line 23.

SO ORDERED.

Dated: October 23, 2025
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge