```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
IN RE APPLICATION OF MAMMOET SALVAGE,                             :
B.V. FOR AN ORDER TO TAKE DISCOVERY FOR                           :
USE IN FOREIGN PROCEEDINGS PURSUANT TO 28                         :
U.S.C. § 1782                                                     :    23-mc-73 (LJL)
                                                                  :
------------------------------------------------------------------X    ERRATA ORDER

LEWIS J. LIMAN, United States District Judge:

The transcript at Dkt. No. 74 contains an error. On page 29, lines 21 to 24, the transcript reflects that Ms. Antonelli stated:

> "So we would not dispute that BOC has an account with TBI and does some transactions with TBI. I cannot say that to the extent BOC is involved in international transactions, TBI would also be involved."

Dkt. No. 74 at 29:21-24.

The transcript should read "I can say that to the extent BOC is involved in international transactions, TBI would also be involved." The Court will consider the transcript as corrected by this order.

SO ORDERED.

Dated: October 27, 2025
       New York, New York                    _____
                                             LEWIS J. LIMAN
                                             United States District Judge